# UNITED STATES DISTRICT COURT

for the

_MIDDLE_ District of _TENN_

_CIVIL_ Division

)
)
JOSEPH HOWARD ORTKIESE )
)
_Plaintiff(s)_ )
_(Write the full name of each plaintiff who is filing this complaint._ )
_If the names of all the plaintiffs cannot fit in the space above,_ )
_please write "see attached" in the space and attach an additional_ )
_page with the full list of names.)_ )
-v- )
CHARLIE AND CONNIE SCHAEFER )
JASPER, TN. )
MARION COUNTY, TN. )
_Defendant(s)_ )
_(Write the full name of each defendant who is being sued. If the_ )
_names of all the defendants cannot fit in the space above, please_ )
_write "see attached" in the space and attach an additional page_ )
_with the full list of names. Do not include addresses here.)_ )

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: _(check one)_ ☒ Yes ☐ No

**RECEIVED**

**AUG 2 9 2025**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

I.     The Parties to This Complaint

A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                JOSEPH HOWARD ORTKIESE

Address             5005 Hollow Springs Road

                    BRADYVILLE            TN          37026
                    _____City_____  _State_   _Zip Code_

County              CANNON

Telephone Number    629 267-5035

E-Mail Address      JOEORTKIESE78@gmail.com

B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                CHARLIE Schaerer

Job or Title (if known)   SURVEYOR / PROPERTY SALESMAN

Address             1740 HALES BAR ROAD

                    Guild                TN          37340
                    _____City_____  _State_   _Zip Code_

County              MARION

Telephone Number    423-942-8701

E-Mail Address (if known)

☐ Individual capacity     ☒ Official capacity

Defendant No. 2

Name                CONNIE Schaerer

Job or Title (if known)   CO-SIGNER TO CHARLIE Schaerer

Address             1740 HALES BAR ROAD

                    Guild                TN          37340
                    _____City_____  _State_   _Zip Code_

County              MARION

Telephone Number    423-942-8701

E-Mail Address (if known)

☒ Individual capacity     ☐ Official capacity

Defendant No. 3

Name

Job or Title *(if known)*

Address

JASPER TN. – MARION Co. TN

COURT HOUSE SQUARE

JASPER — TN — 37347

City — State — Zip Code

County — MARION

Telephone Number — PAIGE MASHBURN 423-942-2601

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

MARION Co. TN USA

COURT HOUSE SQUARE

JASPER — TN — 37347

City — State — Zip Code

County — MARION

Telephone Number — 423-942-2601

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My RIGHT TO EQUAL PROTECTION UNDER THE LAW FOUND WITHIN THE U.S. CONSTITUTION'S Bill of RIGHTS, 5TH, 7TH, AND 14TH AMENDENTS, ARTICLE ① SECTION 8, ARTICLE ③ SECTION 2

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? N|A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

CITY AND COUNTY OFFICIALS ASSISTED CHARLIE AND CONNIE SCHAERER IN THEIR EFFORTS TO DEPRIVE ME OF MY LAND IN VIOLATION OF STATE AND FEDERAL LAWS.

III.   Statement of Claim   SEE ATTACHED

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

STATE OF TENN., COUNTY OF MARION, TN CITY OF Guild, TN.

B.   What date and approximate time did the events giving rise to your claim(s) occur?

2005, 2016, 2019 AND AGAIN IN MAY OF 2025

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CITY AND COUNTY OFFICIALS HAVE ASSITED CHARLIE AND CONNIE SCHAERER IN THEIR EFFORTS TO STEAL MY LAND.

I, JOSEPH ORTKIESE, AM A RESIDENT WITHIN THE MIDDLE DISTRICT OF TENN. IN 2001 I PURCHASED A 5 ACRE PARCEL OF LAND IN MARION Co., Guild, TN., FROM ONE CHARLES AND CONNIE SCHAERER, ALSO OF Guild, TN.

AFTER MY UNLAWFUL ARREST AND CONVICTION BY FEDERAL AUTHORITIES IN 2003-2004 THE SCHAERERS SOUGHT TO ILLEGALLY RESALE 50' X 900' PORTION OF MY 5 ACRES ON 3 SEPERATE OCCASIONS TO THREE DIFFERENT PROPERTY BUYERS.

JUST PRIOR TO MY RELEASE FROM FEDERAL CUSTODY IN 2016 OFFICIALS OF THE CITY OF JASPER, AND COUNTY OF MARION, ILLEGALLY SOLD MY 5 ACRES IN A DELINQUENT LAND TAX SALE.

I FOUGHT AND WON THAT BATTLE IN THEIR COURT AND WAS SUBSEQUENTLY GIVEN BACK OWNERSHIP OF THE 5 ACRES.

THIS IS NO TRIVIAL OR FRIVOLOUS MATTER IN THAT CITY AND COUNTY OFFICALS HAVE PERMITTED MR. SCHAERER TO SALE PROPERTY HE, HIMSELF SURVEYED. THAT CITY AND COUNTY OFFICALS HAVE ALLOWED MR. SCHAERER TO PERPETRATE AGAINST ME BOTH STATE AND FEDERAL CRIMES IN HIS EFFORT TO DEPRIVE/STEAL MY LAND.

THIS IS AS BRIEF A SUMMARY AS I CAN PRESENT YOU FOR NOW.

RESPECTFULLY SUBMITTED

Joe Ortkiese

PAGE 4 OF 6

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

THE LOSS OF HARD EARNED MONEY
THE PSYCHOLOGICAL HARDSHIP AND EMOTIONAL STRESS ARE INCALCULLABLE. MY INCREASED WORRY OVER THIS ORDEAL IS EVIDENSED BY BUT NOT LIMITED TO MY OVER-SELF MEDICATING.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① STOP THE THEFT OF MY PROPERTY
② PUNISH THOSE RESPONSIBLE, BOTH PRIVATE CITIZEN AND PUBLIC OFFICALS WITH A JUDGEMENT COMPENSATING ME MONOTARILY WITH NO LESS THAN TWO HUNDRED THOUSAND U.S. DOLLARS

Case 1:26-cv-00063-CEA-MJD    Document 1    Filed 08/29/25    Page 6 of 10    PageID #: 6

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Aug. 26, 2025

Signature of Plaintiff    *Joe Ortkiese*

Printed Name of Plaintiff    JOSEPH HOWARD ORTKIESE

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City        State        Zip Code

Telephone Number    _____

E-mail Address    _____

# CERTIFICATE OF SERVICE

I, Joseph Ortkiese, have this day, by U.S. mail sent copies of the attached 42 U.S.C. 1983 civil rights complaint to Charles and Connie Schaerer, whose address is 1740 Hales Bar Rd. Guild, TN 37340 and William Gouger, Marion Co. Att. whose address is P.O. Box 759, Jasper, TN. 37347

This 26TH day of Aug. 2025

Joe Ortkiese



Retail

U.S. POSTAGE PAID
FCM LG ENV
WOODBURY, TN 37190
AUG 28, 2025

$12.42

37203

RDC 99

S2324N502086-04

1 0710 5270 1441 9250 96

FROM:

JOE ORTKIESE
5005 Hollow Springs Rd
BRADYVILLE, TN 37026

FRED D. THOMPSON U.S. COURTHOUSE
U.S. CLERKS OFFICE
719 CHURCH ST. SUITE 130
NASHVILLE, TN
37203

Utility Mailer
10 1/2" x 16"

Ready

PULL TAB TO OPEN

93300007
**Utility Mailer**
**10" x 14"** (usable inside dimension)

♻ Please Recycle



**Utility Mailer**

≡ **UNITED STATES**
≡ **POSTAL SERVICE**

AIC-093
Product Code 93300007 - March 2018
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

0 15645 97296 4