IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSEPH HOWARD ORTKIESE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:25-cv-00984 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| CHARLIE SCHAERER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge (Doc. No. 26) recommending Defendants' motion to dismiss (Doc. No. 14) be granted to the extent that it seeks dismissal for improper venue, but that this action be transferred to the Eastern District of Tennessee in lieu of dismissal. The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service. No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 26) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, Defendants' motion to dismiss for improper venue (Doc. No. 14) is **GRANTED IN PART**. The case is **TRANSFERRED** to the United States District Court for the Eastern District of Tennessee.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE